STATE OF MARYLAND
DEPARTMENT OF LABOR, LICENSING AND REGULATION
OFFICE OF UNEMPLOYMENT INSURANCE

FACT FINDING REPORT

**Date Interviewed:** 04/19/2016
**Claimant's Name:** DNEJA A PERRY
**Social Security Number:** -9594-0
**Effective Date:** 05/24/2015
**Tran Code:** H01
**Issue Established:** FRAUD
**Issue Resolved:** FRAUD
**Seq Number:** 004
**Claimant's Phone Number:** (443) 326-5630

**Employer Name:** HELIX MEDICAL GROUP LLC
**Employer Account Number:**
**Employer Phone Number:** (800) 227-2779
**207 Sent:** N/A
**207 Due:** N/A
**207 Received:** N/A

## APPOINTMENT HISTORY

**SR-6 Sent Date:** 04/13/2016
**Scheduled Date:** 04/19/2016
**SR-6 Return Date:** NOT RECEIVED
**Scheduled Time:** 07:30 AM

## CLAIMANT FRO

I called (443) 326-5630 at 7:58 am on 04/19/2016 and a recording said, 'The wireless customer that you are calling is not accepting incoming calls at this time. Please try your call again later. Message 1, m, d, 0 3, u, l.'

I called (443) 326-5630 at 8:22 am on 04/19/2016 and a recording said, 'The wireless customer that you are calling is not accepting incoming calls at this time. Please try your call again later. Message 1, m, d, 0 3, u, l.' This was my second call; therefore, the decision is being made with the available information.

## EMPLOYER 207 INFORMATION

**Reason For Separation:** STILL WORKING FULL TIME
**First Day of Work:** 07/06/2015
**Last Day of Work:** 11/06/2015
**Return To Work Date:** N/A
**Occupation:** N/A
**Rate of Pay:** N/A

**Official Completing Separation:** N/A
**Official's E-mail Address:** N/A
**Contact Person:** N/A
**Contact Phone:** N/A
**Gross Wages Since:** 01/01/2016   N/A

## EMPLOYER CONTACT INFORMATION

Employer spoke with Barbara, HR at (443)777-6135 on 04/19/2016 at 11:35 am.

**EMPLOYER FACT FINDING STATEMENT**

The following wages/earnings were reported for DNEJA A PERRY by HELIX MEDICAL GROUP LLC by telephone, which was received by the Office of Unemployment Insurance on 04/19/2016.

FDW 07/06/2015
LDW 11/12/2015, but the claimant was still working when she last filed for unemployment benefits.

The claimants gross earnings for the period of time of 07/06/2015 to 09/30/2015, per MABS G03 were $5695. There were 87 work days in this period of time. (5695/87 = $68.563218), This would be the daily earnings for the claimant for that period of time.

Per MABS G03 the claimant earned $4200 during the period of time of 10/01/2016 through and including 11/12/2016. This is for a 43 day work period. (4200/43 = $97.6744190. This would be the daily earnings for the claimant for that period of time.

The claimant could have worked six days in the week ending 07/11/2016.
(68.563218 x 6 = $411.38.

The weeks ending 07/18/2015 through and including 09/26/2015 would have been possibly seven day work weeks.
(68.563218 x 7 = $479.94

During the week ending 10/03/2015, 4 days were at 68.563218, and 3 days were at 97.674419.
(68.563218 x 4) + (97.674419 x 3) = 567.28.

During the weeks ending 10/10/2015 through and including 11/07/2015 earnings are as follows:
(97.674419 x 7 = $683.72).

W/E -------- $ REPORTED
07112015 411.38
07182015 479.94
07252015 479.94
08012015 479.94
08082015 479.94
08152015 479.94
08222015 479.94
08292015 479.94
09052015 479.94
09122015 479.94
09192015 479.94
09262015 479.94
10032015 567.28
10102015 683.72
10172015 683.72
10242015 683.72
10312015 683.72
11072015 683.72

**ADDITIONAL INFORMATION**

Examiner's notes:

Issue detected and created:
DATE:04/07/2016 TIME:11:36AM ID:EWHG3D NOTE NUMBER:022
H01 COMPLETED TO ESTABL SEQ.004, ISSUE CODE 94 BECAUSE:
MD ROH 330R NOT REC'D FROM HELIX MEDICAL GROUP LLC/          , K04 TO CHG LO
TO 04.
DATE:03/16/2016 TIME:11:04PM ID:EUZ490 NOTE NUMBER:021
MD ROH; 330R MAILED TO EMPR_ID              330WEB KEY--------
EMPLOYER REPORTED FDW: 2015-07-06
EMPR NM: HELIX MEDICAL GROUP LLC FEIN: 521955580 PH: 0000000000
ADDR: 9600 PULASKI PARK DR BALTIMORE MD21220

Per Notepad entry made when New/TO claim was filed on 05/27/2015: The claimant was sent a DLLR/OUI 200D and a claimant information pamphlet.
DATE:05/27/2015 TIME:08:50PM ID:EWCU80 NOTE NUMBER:012
NEW CLAIM: 200D AND PAMPHLET SENT.

DATE:05/27/2015 TIME:02:42PM ID:EWCU80 NOTE NUMBER:011
NEW CLAIM BRI READ TO CLMT. CLMT. ADVISED OF JCR OF BRI: JOB CONTACT REQUIREMENT IS TWO CONTACTS A) IN PERSON OR BY TELEPHONE WITH AN INDIVIDUAL WITH HIRING AUTHORITY AND

OR KNOWLEDGE OF THE JOB B) BY RESUME C) BY FAX D0 BY INTERNET/EMAIL.

Both the DLLR/OUI 200D and pamphlet explain that there are penalties for failing to disclose information or giving false information in order to obtain/increase benefits (fraud).

Per MABS Z05 and Z03 screens: Listed below are the week ending dates, the wages/earnings reported by the claimant and the UI benefits paid for each affected week.

```
W/E----$ RPTD----UI PD----EMP RPTD
07112015 0 322 412
07182015 0 322 480
07252015 0 322 480
08012015 0 322 480
08082015 0 322 480
08152015 0 322 480
08222015 0 322 480
08292015 0 322 480
09052015 0 322 480
09122015 0 322 480
09192015 0 322 480
09262015 0 322 480
10032015 0 322 568
10102015 0 322 684
10172015 0 322 684
10242015 0 322 684
10312015 0 322 684
11072015 0 322 684
```

The Telecert/Webcert system for each week filed asks the claimant, 'Did you work, or earn money, whether or not you were paid during the week?' If no wages/earnings were reported by the claimant, per MABS Z05 screen, the claimant answered 'no' to this question.

Wages/earnings reported by Helix Medical Group LLC by calculations entered into MABS on 04/22/2016, by Transaction X02 created fraud overpayments (Issue 04) for weeks ending 07/11/2015 through and including 11/07/2015.

DATE:04/22/2016 TIME:02:34PM ID:EWHG6D NOTE NUMBER:025
IF THE CLAIMANT EVER REOPENS HER CLAIM, HER LAST DAY OF WORK WITH HELIX MEDICAL GROUP LLC, EMPLOYER 40233156 WAS 11/12/2015. SEPARATION WILL NEED TO BE ADDRESSED.


## DETERMINATION SUBMITTED TO MABS ON 04/22/2016 AT 3:04 PM

**SSN:** ▮▮▮-9594-0

**First Affected W/E:** 04/23/2016    **Detected Date:** 03/17/2016

**Orig. Examiner ID:** EWHG6D    **Submitting Examiner ID:** EWHG6D

**Count?** Y    **JAVA?** N/A

**Penalty?** Y    **Start Date:** 04/22/2016    **Disq. Weeks:** 52

**OP Source:** REPORT OF HIRE - MD    **OP Fault:** CLAIMANT ERRORS

**Statement No:** 0941    **Text Date:**

**Employer No:** ▮▮▮▮▮▮    **Emp. Seq No:** 001

**Charge?** N/A    **N/C Start Date:**

**Federal Pension:**    **Effective Date:**    **Contributory?** N/A

**Other Pension:**    **Effective Date:**    **Contributory?** N/A

**Salary:**    **LDW:**

**Bonus/Special Pay:**    **Profit Sharing Pay:**    **Contributory?** N/A

**Severance Pay:**    **Lump Sum Pension:**    **Contributory?** N/A

**Vac/Hol Pay 1:**    **Week Ending:**

**Vac/Hol Pay 2:**    **Week Ending:**

**Vac/Hol Pay 3:**    **Week Ending:**

**Nonmonetary Determination text:**

THE CLAIMANT KNOWINGLY FAILED TO DISCLOSE A MATERIAL FACT(S) IN ORDER TO OBTAIN/INCREASE BENEFITS. IT IS DETERMINED THAT THE CLAIMANT COMMITTED A

FRAUDULENT ACT WITHIN THE MEANING OF SECTION 8-1301 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW. BENEFITS ARE DENIED AND A 15% FRAUD PENALTY ASSESSED AS PROVIDED BY SECTION 8-1305 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW AND ANY OVERPAYMENT CONNECTED WITH THE ISSUE MAY BE RECOVERED AS PROVIDED BY SECTION 8-809 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW.