*Figure 1- Overpayment #66997 Summary*



*Figure 2- Overpayment #66997 Detail*



*Figure 3- Overpayment #66997 Repayment Summary*

| Select | Payment ID | Overpayment Case ID | Overpayment Adjustment Method | Write-off Reason | Payment Date | Posting Date | Status | Total Amount | Check Number | Batch Header ID | Payment Source | Released From Suspense |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ○ | 742970 | 66997 | Paper Check | | 03/16/2017 | 03/16/2017 | Paid | $3,871.00 | | | Collections | No |