STATE OF MARYLAND
DEPARTMENT OF LABOR, LICENSING AND REGULATION
DIVISION OF UNEMPLOYMENT INSURANCE
NOTICE OF BENEFIT DETERMINATION

NAME: **DNEJA          A PERRY**
SSN: ███████-**9594**
DATE MAILED:  **4/22/2016**
BENEFIT YEAR BEGINS:  **5/24/2015**

APPEALS DIVISION
1100 N. EUTAW ST,   RM 505
BALTIMORE, MARYLAND    21201
<u>MAIL   APPEAL  TO ADDRESS ABOVE</u>
<u>OR FAX TO: 410-225-9781</u>

DNEJA           A PERRY
2158 REDTHORN RD

MIDDLE RIVER          MD 21220 4829

ISSUE   **FRAUD**
SECTION OF LAW  **8-1301**
DATE OF DETERMINATION   **4/22/2016**
SPECIALIST ID   **EWHG6D**

HELIX MEDICAL GROUP LLC
HELIX MED GP LLC %RUIC
PO BOX 5108
ARLINGTON           VA 22205 0208

THE LAST DAY TO FILE AN APPEAL IS:  **5/9/2016**
(IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)
DETERMINATION:

THE CLAIMANT KNOWINGLY FAILED TO DISCLOSE A MATERIAL FACT(S) IN ORDER TO
OBTAIN/INCREASE BENEFITS. IT IS DETERMINED THAT THE CLAIMANT COMMITTED A
FRAUDULENT ACT WITHIN THE MEANING OF SECTION 8-1301 OF THE MARYLAND
UNEMPLOYMENT INSURANCE LAW. BENEFITS ARE DENIED AND A 15% FRAUD PENALTY
ASSESSED AS PROVIDED BY SECTION 8-1305 OF THE MARYLAND UNEMPLOYMENT INSURANCE
LAW AND ANY OVERPAYMENT CONNECTED WITH THE ISSUE MAY BE RECOVERED AS PROVIDED
BY SECTION 8-809 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW.

BENEFITS ARE DENIED FROM 04/22/2016 TO 04/20/2017   SEE BELOW#

# NOTE: BENEFITS MAY BE PAYABLE AFTER THIS DATE IF THE CLAIMANT IS OTHERWISE
         ELIGIBLE AND FILING.

APPEAL RIGHTS:

<u>IMPORTANTE:</u> Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no está de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

<u>CLAIMANT AND EMPLOYER:</u>  Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of the date of this determination. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause.  A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week.  NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant <u>may</u> be paid benefits previously denied or <u>may</u> be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

DLLR/DUI 222 (REVISED 4/14 (MABS) SIDE 1

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|
| 8-801 | The claimant must be totally or partially unemployed through no fault of his/her own. |
| 8-803 | A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits. |
| 8-804 | The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year. |
| 8-809 | If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits.  In addition, the amount may be recovered from benefits payable to the claimant in the future. |
| 8-809 | If the claimant knowingly made a false statement or failed to disclose material facts in order to obtain benefits, he/she will be disqualified for one year, must repay all benefits received, and may be prosecuted. |
| 8-901 | The claimant must file a claim for each week of unemployment in accordance with regulations. |
| 8-902 | The claimant must register for work and continue to report and keep his/her registration active. |
| 8-903 | The claimant must be able to work and available for work and make a reasonable effort to find work. |
| 8-910 | The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the  claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years. |
| 8-1001 | If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount.  If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount. |
| 8-1002 | If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualfied until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11. |
| 8-1002.1 | If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount. |
| 8-1003 | If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11. |
| 8-1004 | If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work. |
| 8-1005 | If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount. |
| 8-1006 | If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland. |
| 8-1007 | If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies. |
| 8-1008 | If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced. |
| 8-1009 | If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies. |

STATE OF MARYLAND
DEPARTMENT OF LABOR, LICENSING AND REGULATION
DIVISION OF UNEMPLOYMENT INSURANCE
NOTICE OF BENEFIT DETERMINATION

NAME: **DNEJA          A PERRY**
SSN: ▆▆▆-9594
DATE MAILED:  **4/22/2016**
BENEFIT YEAR BEGINS:  **5/24/2015**

APPEALS DIVISION
1100 N. EUTAW ST,    RM 505
BALTIMORE, MARYLAND     21201
MAIL   APPEAL  TO ADDRESS ABOVE
OR FAX TO: 410-225-9781

**DNEJA          A PERRY**
**2158 REDTHORN RD**

**MIDDLE RIVER          MD 21220 4829**

ISSUE   **FRAUD OVERPAYMENT UNREPORTED WAGES**
SECTION OF LAW  **8-1301**
DATE OF DETERMINATION   **4/22/2016**
SPECIALIST ID   **EWHG6D**

HELIX MEDICAL GROUP LLC
HELIX MED GP LLC %RUIC
PO BOX 5108
ARLINGTON          VA 22205 0208

THE LAST DAY TO FILE AN APPEAL IS:  **5/9/2016**
(IF THIS DECISION IS CHANGED ON APPEAL, THE CLAIMANT
WILL BE REQUIRED TO REPAY ANY RESULTING OVERPAYMENT.)

DETERMINATION:

WHILE CLAIMING UNEMPLOYMENT INSURANCE BENEFITS, THE CLAIMANT RECEIVED WAGES
FROM HELIX MEDICAL GROUP LLC,  WHICH HE/SHE FAILED TO DISCLOSE AS
REQUIRED.  IN DOING SO, THE CLAIMANT KNOWINGLY MADE A FALSE STATEMENT AND/OR
KNOWINGLY FAILED TO DISCLOSE A MATERIAL FACT TO OBTAIN  OR INCREASE BENEFITS
IN VIOLATION OF SECTION 8-1301 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW.
THE CLAIMANT IS HELD TO BE OVERPAID FOR ANY BENEFITS PAID FOR THE AFFECTED
WEEKS UNDER SECTION 8-809 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW.

BENEFITS ARE DENIED FROM 07/05/2015 TO 11/07/2015  SEE BELOW#

THIS DETERMINATION RESULTS IN AN OVERPAYMENT OF $6665 FOR UI BENEFITS YOU
SHOULD NOT HAVE RECIEVED. YOU MUST PROMPTLY REPAY THIS AMOUNT TO AVOID
LEGAL ACTION. NO FURTHER UI BENEFITS WILL BE PAID UNTIL YOU REPAY THE
PRINCIPLE AMT OF THIS DEBT. MAKE YOUR CHECK PAYABLE TO: DEPT OF LABOR,
LICENSING AND REGULATION (DLLR). MAIL PAYMENT TO: DIVISION OF UNEMPLOYMENT
INSURANCE, BENEFIT PAYMENT CONTROL, P.O. BOX 1931, BALTIMORE, MD 21203-1931.
WRITE YOUR SOCIAL SECURITY NUMBER ON THE CHECK.
IF THE "ISSUE" ABOVE IS "FRAUD OVERPAYMENT", THE OVERPAYMENT INCLUDES
THE ACTUAL BENEFIT AMOUNT YOU RECEIVED PLUS A 15% FRAUD PENALTY REQUIRED
BY SECTION 8-809 OF THE MARYLAND UNEMPLOYMENT INSURANCE LAW.
# NOTE: BENEFITS MAY BE PAYABLE AFTER THIS DATE IF THE CLAIMANT IS OTHERWISE
        ELIGIBLE AND FILING.

APPEAL RIGHTS:

IMPORTANTE: Esta determinación puede afectarlo para recibir sus beneficios del Desempleo. Si usted no esta de acuerdo con la decisión, usted debe apelar inmediatamente. Contáctese con el Centro de College Park, al 301-313-8000, presione 2.

CLAIMANT AND EMPLOYER:  Section 8-508 of the Maryland Unemployment Insurance Law provides the right to appeal this determination. If you disagree with the decision you may file an appeal. Appeals must be in writing and explain why you disagree with the decision that was issued. The appeal must be postmarked within (15) days of the date of this determination. If the appeal is filed late, the Appeals Division will determine, during the hearing, if the reason for the late filing is with good cause.  A claimant who appeals a determination and remains unemployed must continue to file timely continued claims for each week.  NO LATE CONTINUED CLAIMS WILL BE ACCEPTED. If an appeal decision results in reversal or modification of this determination, the claimant may be paid benefits previously denied or may be overpaid benefits previously paid.

SEE BACK OF FORM FOR PROVISIONS OF THE LAW

DLLR/DUI 222 (REVISED 4/14 (MABS) SIDE 1

| SECTION OF LAW | PROVISIONS OF THE LAW REGARDING BENEFITS |
|---|---|

**SECTION OF LAW** — **PROVISIONS OF THE LAW REGARDING BENEFITS**

8-801  The claimant must be totally or partially unemployed through no fault of his/her own.

8-803  A claimant must report all earnings for each week he/she files claims for unemployment insurance benefits.

8-804  The dependents allowance is payable only if the claimant provides support for the dependent child under 16 years of age at the beginning of the claimant's benefit year.

8-809  If the claimant has received benefits for which he/she is found to have been ineligible, the claimant must repay those benefits.  In addition, the amount may be recovered from benefits payable to the claimant in the future.

8-809  If the claimant knowingly made a false statement or failed to disclose material facts in order to obtain benefits, he/she will be disqualified for one year, must repay all benefits received, and may be prosecuted.

8-901  The claimant must file a claim for each week of unemployment in accordance with regulations.

8-902  The claimant must register for work and continue to report and keep his/her registration active.

8-903  The claimant must be able to work and available for work and make a reasonable effort to find work.

8-910  The claimant who received benefits in a previous benefit year shall not be eligible for future benefits unless the  claimant has worked for an employer and earned wages equal to ten times his/her new weekly benefit amount after the beginning of the first of such benefit years.

8-1001  If the claimant voluntarily left work without good cause, the claimant may be disqualified from five to ten weeks or until he/she has become reemployed and earned fifteen times his/her weekly benefit amount.  If a claimant voluntarily leaves work to become self-employed, to accompany or join a non-military spouse in a new locality or to attend an educational institution the claimant will be disqualified until he/she has become reemployed and earned fifteen times his weekly benefit amount.

8-1002  If the claimant was discharged or suspended for gross misconduct connected with the work, the claimant will be disqualified until he/she becomes reemployed and has earned twenty times his/her weekly benefit amount on a claim effective prior to 3-6-11. The claimant will be disqualfied until he/she becomes reemployed and has earned twenty-five times his/her weekly benefit amount on a claim effective on or after 3-6-11.

8-1002.1  If the claimant was discharged or suspended for aggravated misconduct connected with the work, the claimant will be disqualified until he/she has become reemployed and has earned thirty times his/her weekly benefit amount.

8-1003  If the claimant was suspended or discharged for misconduct (not gross) connected with the work, the claimant may be disqualified from five to ten weeks on a claim effective prior to 3-6-11. The claimant may be disqualified from ten to fifteen weeks on a claim effective on or after 3-6-11.

8-1004  If the claimant's unemployment is due to a stoppage of work because of a labor dispute (other than a lockout) he/she will be disqualified for the duration of the stoppage of work.

8-1005  If the claimant failed, without good cause, to apply for available, suitable work, or to accept such work when offered to him/her, the claimant may be disqualified from five to ten weeks or until he/she becomes reemployed and has earned ten times his/her weekly benefit amount.

8-1006  If the claimant has applied for or is receiving unemployment benefits under the laws of another State or of the United States, the claimant is not eligible for benefits in Maryland.

8-1007  If the claimant is receiving vacation or holiday pay and has a definite return to work date at the time of separation, benefits will be denied or reduced for the week(s) to which the pay applies.

8-1008  If the claimant is receiving a pension, annuity, profit sharing, or retirement pay other than Social Security, or any other similar periodic payment based on his/her previous work for a base period employer, benefits will be denied or reduced.

8-1009  If the claimant receives dismissal pay, benefits will be denied or reduced for the week(s) to which the pay applies.