# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
# at Baltimore.

| | | |
|---|---|---|
| In re: | * | |
| | * | |
| Dneja Ahjee Perry, | * | Case No. 24-18177 MMH |
| | * | |
| Debtor. | * | Chapter 7 |
| | * | |
| * * * * * * | * * * * * * * | |
| | * | |
| Maryland Department of Labor, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | Adv. No. 25-00003 |
| | * | |
| Dneja Ahjee Perry, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| * * * * * * | * * * * * * * | |

## AFFIDAVIT OF SUMMONS SERVICE

I HEREBY CERTIFY that on January 10, 2025, a copy of the Summons and Notice of Pre-Trial Conference and the Complaint to Determine Dischargeability of Debt was mailed first class, postage prepaid to Debtor/Defendant Dneja Ahjee Perry at 17 Nutmeg Knoll Court, Apt. C, Cockeysville, Maryland 21030.

 /s/ Lindsey J. Parker
Lindsey J. Parker, 21776
Maryland Dept. of Labor
100 S. Charles Street, 3rd Floor
Baltimore, MD 21201
Telephone: 410-767-2466
lindsey.parker@maryland.gov